In re:                                                                    Case No. 17-01109-RNO
Anthony Louis Vito                                                        Chapter 7
Tammy Lynn Vito
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1        User: MMchugh        Page 1 of 1        Date Rcvd: May 17, 2017
                           Form ID: pdf010       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2017.
db/jdb          +Anthony Louis Vito,    Tammy Lynn Vito,    1262 Porters Road,    Spring Grove, PA 17362-8931

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2017 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    MB Financial Bank, National Association
               bkgroup@kmllawgroup.com
              Larry W. Wolf    on behalf of Debtor Anthony Louis Vito ephillips@larrywwolf.com
              Larry W. Wolf    on behalf of Joint Debtor Tammy Lynn Vito ephillips@larrywwolf.com
              Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
               pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Anthony Louis Vito**<br>**Tammy Lynn Vito**<br><br>**Debtor(s)** | **CHAPTER 7** |
| **MB Financial Bank, National Association**<br>**Movant**<br>**vs.** | **NO. 17-01109 RNO** |
| **Anthony Louis Vito**<br>**Tammy Lynn Vito**<br><br>**Debtor(s)** | **11 U.S.C. Sections 362 and 1301** |
| **Lawrence V. Young**<br><br>**Trustee** | |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 106 1/2 McAllister Street, Hanover, PA 17331 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

By the Court,

Ross N. Opel II

Dated: May 16, 2017

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)