In re:                                                          Case No. 17-01109-RNO
Anthony Louis Vito                                              Chapter 7
Tammy Lynn Vito
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1        User: MMchugh        Page 1 of 2        Date Rcvd: Jul 18, 2017
                           Form ID: 318         Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2017.
```
db/jdb      +Anthony Louis Vito,   Tammy Lynn Vito,   1262 Porters Road,   Spring Grove, PA 17362-8931
4898821     +AES,   1200 N. 7th Street,   Harrisburg, PA 17102-1419
4898826      Blatt, Hasenmiller, Leibsker & Moor,   10 South LaSalle Street,   Suite 2200,
             Chicago, IL 60603-1069
4898827     +Borough of Hanover,   44 Frederick Street,   Hanover, PA 17331-3501
4898828      Bureau of Account Management,   P O Box 8875,   Camp Hill, PA 17001-8875
4898829      Hanover Hospital, Inc.,   P O Box 824234,   Philadelphia, PA 19182-4234
4898830      Hanover Medical Group,   P O Box 824221,   Philadelphia, PA 19182-4221
4898832      MB Financial Bank, N.A.,   P O Box 5312,   Cincinnati, OH 45201-5312
4898835     +MRS Associates,   1930 Olney Avenue,   Cherry Hill, NJ 08003-2016
4898833     +Midland Credit Management, Inc.,   2365 Northside Drive,   Suite 300,
             San Diego, CA 92108-2709
4898837      Millennium Health, LLC,   P O Box 844468,   Dallas, TX 75284-4468
4898837     +Northland Group,   P O Box 390846,   Minneapolis, MN 55439-0846
4900199     +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
4898838     +Peerless Credit Services,   P O Box 518,   Middletown, PA 17057-0518
4898841     +Trummer Family Dentistry,   1180 High Street,   Hanover, PA 17331-1126
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4898823      EDI: ARSN.COM Jul 18 2017 18:53:00      ARS National Service Inc.,   P O BOx 469100,
             Escondido, CA 92046-9100
4898824     +EDI: ARSN.COM Jul 18 2017 18:53:00      ARS National Services, Inc.,   P O Box 469046,
             Escondido, CA 92046-9046
4898820      E-mail/Text: mtamsett@adminrecovery.com Jul 18 2017 18:46:09      Admin Recovery, LLC,
             45 Earhart Drive,   Suite 102,   Buffalo, NY 14221-7809
4898822     +EDI: ALLIANCEONE.COM Jul 18 2017 18:53:00      Alliance One,   4850 Street Road,   Suite 300,
             Feasterville Trevose, PA 19053-6643
4898825     +E-mail/Text: banko@berkscredit.com Jul 18 2017 18:45:59      Berks Credit & Collection,
             P O Box 329,   Temple, PA 19560-0329
4898831      EDI: CBSKOHLS.COM Jul 18 2017 18:53:00      Kohl's/Capital One,   P O Box 3115,
             Milwaukee, WI 53201-3115
4898836     +E-mail/Text: Bankruptcies@nragroup.com Jul 18 2017 18:46:14      National Recovery Agency,
             2491 Paxton Street,   Harrisburg, PA 17111-1036
4898839      EDI: PRA.COM Jul 18 2017 18:53:00      Portfolio Recovery Associates,   P O Box 12914,
             Norfolk, VA 23541
4898840      EDI: CITICORP.COM Jul 18 2017 18:53:00      THD/CBNA,   P O Box 6497,
             Sioux Falls, SD 57117-6497
4898842      EDI: URSI.COM Jul 18 2017 18:53:00      United Recovery Systems,   P O Box 722910,
             Houston, TX 77272-2910
                                                                                     TOTAL: 10
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                      TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2017 at the address(es) listed below:
              James Warmbrodt   on behalf of Creditor   MB Financial Bank, National Association
              bkgroup@kmllawgroup.com
              Larry W. Wolf   on behalf of Debtor Anthony Louis Vito ephillips@larrywwolf.com
              Larry W. Wolf   on behalf of Joint Debtor Tammy Lynn Vito ephillips@larrywwolf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
                pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                                    TOTAL: 5

| | | |
|---|---|---|
| Debtor 1 | **Anthony Louis Vito** | Social Security number or ITIN **xxx–xx–1690** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Tammy Lynn Vito** | Social Security number or ITIN **xxx–xx–2445** |
| (Spouse, if filing) | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court **Middle District of Pennsylvania**

Case number:  **1:17–bk–01109–RNO**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Anthony Louis Vito                    Tammy Lynn Vito

**By the court:**

July 18, 2017

Honorable Robert N. Opel
United States Bankruptcy Judge

By: MMchugh, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**