```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 17-01109-RNO
Anthony Louis Vito                                              Chapter 7
Tammy Lynn Vito
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-1       User: MMchugh        Page 1 of 1        Date Rcvd: Jul 18, 2017
                           Form ID: fnldec      Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2017.
db/jdb         +Anthony Louis Vito,   Tammy Lynn Vito,   1262 Porters Road,   Spring Grove, PA 17362-8931

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2017                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    MB Financial Bank, National Association
               bkgroup@kmllawgroup.com
              Larry W. Wolf    on behalf of Debtor Anthony Louis Vito ephillips@larrywwolf.com
              Larry W. Wolf    on behalf of Joint Debtor Tammy Lynn Vito ephillips@larrywwolf.com
              Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
               pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Anthony Louis Vito
1262 Porters Road
Spring Grove, PA 17362

Chapter 7
Case No. 1:17−bk−01109−RNO

Tammy Lynn Vito
1262 Porters Road
Spring Grove, PA 17362

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−1690
xxx−xx−2445

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, Lawrence V. Young (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: July 18, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk